WM. T. REYNOLDS & COMPANY, INC., Respondent, v. SEGGERMAN

BROTHERS, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and demurrer sustained, with ten dollars costs, on the ground of a defect in parties defendant, with leave to plaintiff to amend its summons and complaint upon payment of such costs within twenty days. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.